IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|                             |     |                          |
| --------------------------- | --- | ------------------------ |
|                             | )   |                          |
| UNITED STATES OF AMERICA     | )   |                          |
|                             | )   |                          |
| v.                          | )   | CRIMINAL NO. 3:23-CR-150 |
|                             | )   |                          |
| KUMKIO MARTIN,              | )   |                          |
|                             | )   |                          |
|                             | )   |                          |

**NOTICE OF RELEVANT CASES**

Comes now the United States of America, by and through her Assistant United States Attorney, Stephen Anthony, and presents the following cases as relevant to the Court's inquiry regarding the defendant's motion to suppress evidence derived from the Flock camera system.

**There is no expectation of privacy in a license plate or any other item shown on the exterior of a vehicle:**

- *New York v. Class*, 475 U.S. 106, 114 (1986);

- *Meeks v. McClung*, 2023 WL 8791686, at *7 (S.D. W.Va Dec. 19, 2023);

- *Becerra v. City of Albuquerque*, 2023 WL 7321633, at *2 (10th Cir. Nov. 7, 2023);

- *Chaney v. City of Albany*, 2019 WL 3857995, at *9 (S.D.N.Y. Aug. 16, 2019);

- *United States v. Miranda-Sotolongo*, 827 F.3d 663, 667-68 (7th Cir. 2016);

- *United States v. Diaz-Castaneda*, 494 F.3d 1146, 1151 (9th Cir. 2007);

- *United States v. Ellison*, 462 F.3d 557, 561 (6th Cir. 2006).

**There is no expectation of privacy in a vehicle's movements on the open road and a license plate reader does not provide a detailed log of the defendant's movements to implicate the Fourth Amendment:**

- *United States v. Knotts*, 460 U.S. 276, 281 (1983);

- *United States v. Rubin*, 556 F. Supp. 3d 1123, 1124 (N.D. Cal. 2021);

- *United States v. Porter*, 2022 WL 124563, at *1 (N.D. Ill. Jan. 13, 2022);

- *United States v. Jiles*, 2024 WL 891956, at *16-19 (D. Neb. Feb. 29, 2024);

- *United States v. Bowers*, 2021 WL 4775977, at *2-4 (W.D. Pa. Oct. 11, 2021);

- *United States v. Brown*, 2021 WL 4963602 (N.D. Ill. Oct. 26, 2021);

- *United States v. Tuggle,* 4 F.4th 505, 510 (7th Cir. 2021).


Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY


By:    _____/s/_____
Stephen E. Anthony
Virginia Bar No. 78246
Assistant U. S. Attorney
Office of the U.S. Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
(804) 819-5400
(804) 771-2316 (fax)
Stephen.E.Anthony@usdoj.gov