**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **Criminal Number: 3:23CR150-REP** |
| | ) |
| **KUMKIO MARTIN,** | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

**NOTICE OF LAW REVIEW ARTICLES AND CASES**

The following law review articles and cases appear relevant to the issues raised in Mr. Martin's motion to suppress, and consider or address the intersection of advanced license plate readers or related technology and *Carpenter v. United States*, 585 U.S. 296 (2018) and/or *Leaders of a Beautiful Struggle v. Baltimore Police Dept.*, 2 F. 4th 330 (4th Cir. 2021) (en banc):

**Law Review and Journal Articles:**

Dan Noffsinger, *The New McCarthyism: How the Massachusetts Supreme Judicial Court Got Automated License Plate Readers and the Mosaic Theory All Wrong*, 26 J. Tech. L. & Pol'y 1 (2021)

Barry Friedman, *Lawless Surveillance*, 97 N.Y.U. L. Rev. 1143 (2022)

Mark Atwood, *Automated License Plate Readers: A Government Tool When Let Unchecked Will Proliferate the Power of the Nanny State by Unconstitutionally Intruding on our Privacy in Associations*, 32 Geo. Mason U. Civ. Rts. L.J. 329 (2022)

Scott Havener, *Leaders of a Beautiful Struggle v. Baltimore Police Dept.: The Fourth Amendment Continues Its Struggle to Make Sense of the Twenty-First Century*, 68 Loy. L. Rev. 159 (2021)

Robert Fairbanks, *Eyes in the Sky: The Dangers of Dragnet Government Surveillance, the Inadequacy of the Mosaic Theory, and the Need for a Legislative Solution*, 33.2 Albany L. J. of Science and Technology 236 (2023)

Lauren Fash, *Automated License Plate Readers: The Difficult Balance of Solving Crime and Protecting Individual Privacy*, 78 Md. L. Rev. Online 63 (2019)

Robert Fairbanks, *Masterpiece or Mess: The Mosaic Theory of the Fourth Amendment Post-Carpenter*, 26 Berkeley J. Crim. L. 71 (2021)

**Cases:**

*United States v. Toombs*, 671 F. Supp. 3d 1329 (N.D. Ala. 2023).

Respectfully Submitted,
Kumkio Martin.

By:       /s/
Counsel
Joseph S. Camden
Va. Bar No. 92143
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804) 565-0830
Fax (804) 648-5033
joseph_camden@fd.org