IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                          Case No. 3:23-cr-150

KUMKIO L. MARTIN,

    Defendant.

**ORDER**

It is hereby ORDERED that the Order of July 2, 2024 (ECF No. 49) is amended to specify the order and scheduling of witnesses during the hearings set for July 16 and 17, 2024. On July 16, 2024, at 10:00 AM, the Court will hear the testimony of the defense expert, the affiant for the federal search warrant, and any other witnesses besides the representative from Flock Safety. On July 17, 2024, at 3:00 PM, the Court will hear the testimony of the representative from Flock Safety.

It is so ORDERED.

                                             /s/  REP
                                       Robert E. Payne
                                       Senior United States District Judge

Richmond, Virginia
Date: July 8, 2024