

**Carlos Hopkins**
chopkins@gentrylocke.com
P:  804-297-3700
F:  540-983-9400

July 15, 2024

The Honorable Fernando Galindo
Clerk of Court, United States District Court
for the Eastern District of Virginia
Spottswood W. Robinson III and
Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219

  **Re:** *United States v. Kumkio Martin*, 3:23cr150 REP

Dear Clerk Galindo:

  Please find enclosed a Request for Authorization to bring in a laptop for the suppression hearing in the above styled matter. Please do not hesitate to contact me with any questions.

      Sincerely,

      GENTRY LOCKE

      */s/ Carlos Hopkins*

      Carlos Hopkins

CLH:mew
Enclosure

## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): **Lars Daniel**

Electronic Device(s): **Laptop**

Purpose and Location Of Use: Expert testimony on motion to suppress before Judge Payne.

Case No.: **3:23-cr-150**

Date(s) Authorized: **July 16-17, 2024**

IT Clearance Waived: **X** (Yes) _____ (No)

APPROVED BY:

Date: _____    _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____    _____
IT Staff Member                                   Date(s)

**IT clearance must be completed, unless waived, before court appearance.**